RECEIVED

DEC 23 2013
DEC 23 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Victor Watkins

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Anthony Martin #1431 Star
City of Chicago
Colleen Gorman Ass. Public Defender Cook County
And
County of Cook

13 CV 9239
JUDGE BUCKLO
MAGISTRATE JUDGE SCHENKIER

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

☑ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

☐ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

☐ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: Victor Watkins

B. List all aliases: _____

C. Prisoner identification number: B-37732

D. Place of present confinement: Robinson C.C

E. Address: 13423 E 1150th Ave Robinson, Il 62454

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Anthony Martin Star# 14313
Title: Chicago Police Officer
Place of Employment: Chicago, Illinois

B. Defendant: Colleen Gorman
Title: Ass. Public Defender
Place of Employment: County of Cook Illinois

C. Defendant: _____
Title: _____
Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____ None _____

    B. Approximate date of filing lawsuit: _____ None _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____ N/A _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ N/A _____

    F. Name of judge to whom case was assigned: _____ N/A _____

    G. Basic claim made: _____ N/A _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____ N/A _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 4-8-13 plantiff arrested by Off. Athony Martin star # 14313 at a closed A.A Meeting for a Burglery that Alleged happen of 8-4-11 without Arrest Warrant, eye Witness, or proable Cause plantiff was not Doing any illegal acts at time of Arrest This is a Direct Violation of the 4th Amendment Defendent acted in his official Capacity as a Police Officer for City of Chicago. Plantiff is asking for 2,500,000 in Damages for Violation of of 4th Amendment rights And intentional infliction of Emotional + mental destress. Colleen Gorman Ass. Public Defender for Cook County Illinois Violated Plantiff 6th and 14th Amendment rights in case# 13CR8683 from 8-13 to 11-13 when she

Knowingly refuse to (A) file Pre-trial motions in plantiff Defense. (B) Refuse to File Post trial Motions in Plantiff's Defense. Worked with Cook County STate Attorney Office to misrepresent purposely Plantiff. AT Sentencing Hearing 11-18-13 refused to raise Factors in Mitagation which would persuade Judge to give plantiff A lesser Sentence. Colleen Gorman WAS only Concern with Protecting Corrupt Police Officer and Cook County's Corrupt Justice System not The Plantiff "Me" That she represented Plantiff is Asking for 2,500,000 from the County of Cook for Violation of 6th and 14th Amendmendment And intentional infliction of Emotional + Mental distress. Plantiff is Currently appealing his 12 years sentence to the higher Court. -

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plantiff is asking for 2,500,000 from The City of Chicago and 2,500,000 from the Cost County of Cook

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 11 day of 12, 20 13

_____
(Signature of plaintiff or plaintiffs)

Victor Watkins
(Print name)

B-37732
(I.D. Number)

13423 E 1150th Ave
Robinson, IV 62454
Robinson C.C.
(Address)

6     Revised 9/2007